JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alicia Carol Corben McAlpine,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Wells Fargo Bank, N.A., et al.,<br><br>　　　　　Defendant(s). | Case No. CV 15-9437 FMO (JCx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Pursuant to the Magistrate Judge's Order of April 21, 2016, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed without costs and without prejudice to the right, upon good cause shown within 30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Dated this 22nd day of April, 2016.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge